**Lewis Roca Rothgerber Christie LLP**
201 East Washington Street, Suite 1200
Phoenix, Arizona 85004-2595

**Kristina N. Holmstrom** (State Bar No. 023384)
Direct Dial: 602.262.5762
Direct Fax: 602.734.3875
Email: kholmstrom@lrrc.com

**Kathleen Kahn** (State Bar No. 027350)
Direct Dial: 602.262.5792
Direct Fax: 602.734.3910
E-mail: KKahn@lrrc.com
Attorneys for Defendant Life Insurance Company of North America

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Kathleen Grant, | No. 2:15-cv-02665-ROS |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| Life Insurance Company of North America, a foreign insurer, Banner Health, Inc., Long Term Disability Plan of Banner Health, Inc., Banner Plan Administration, | |
| Defendants. | |

The parties hereby give notice they have settled Count I of the complaint. The parties expect to submit a stipulation and order of dismissal with prejudice within the next 30 days.

DATED this 24th day of March, 2016.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Kristina N. Holmstrom*
       Kristina N. Holmstrom
       Kathleen Kahn
*Attorneys for Defendant Life Insurance Company of North America*

7508046_1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

>Lisa J. Counters
>The Counters Firm, PC
>7303 West Boston Street
>Chandler, Arizona  85226

>*/s/ B. Phares*
>LEWIS ROCA ROTHGERBER CHRISTIE LLP