**Lewis Roca Rothgerber Christie LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

**Kristina N. Holmstrom** (State Bar No. 023384)
Direct Dial: 602.262.5762
Direct Fax: 602.734.3875
Email:  kholmstrom@lrrc.com

**Kathleen Kahn** (State Bar No. 027350)
Direct Dial: 602.262.5792
Direct Fax: 602.734.3910
E-mail:  KKahn@lrrc.com
Attorneys for Defendant Life Insurance Company of North America

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Kathleen Grant,<br><br>                    Plaintiff,<br><br>vs.<br><br>Life Insurance Company of North America, a foreign insurer, Banner Health, Inc., Long Term Disability Plan of Banner Health, Inc, Banner Plan Administration,<br><br>                    Defendants. | No.  2:15-cv-02665-ROS<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO LIFE INSURANCE COMPANY OF NORTH AMERICA** |

Plaintiff Kathleen Grant and defendant Life Insurance Company of North America, having settled their dispute, stipulate that the Court shall dismiss with prejudice Count I of Plaintiff's Complaint, and all claims against defendant Life Insurance Company of North America.  Each party will bear its own attorneys' fees and costs.  Count II of Plaintiff's Complaint against the Banner defendants remains.

A proposed Order is attached.

DATED this 26th day of April, 2016.

| | |
|---|---|
| THE COUNTERS FIRM, PC | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| By: */s/ Lisa J. Counters* *(w/ permission)*<br>     Lisa J. Counters<br>*Attorneys for Plaintiff* | By: */s/ Kristina Holmstrom*<br>     Kristina N. Holmstrom<br>     Kathleen Kahn<br>*Attorneys for Defendant Life Insurance Company of North America* |

7521212_1