# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathleen Grant,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Life Insurance Company of North America, et al.,<br><br>　　　　Defendants. | NO. CV-15-02665-PHX-ROS<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed May 5, 2016, judgment of dismissal is entered. Plaintiff to take nothing, and the complaint and action are dismissed without prejudice.

　　　　　　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

May 16, 2016

　　　　　　　　　　　　　　　　　s/ Leann Dixon
　　　　　　　　　　　　　　By　Deputy Clerk